## FLEEGER v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 95, September Term, 1964.]

*Decided February 12, 1965.*

Before PRESCOTT, C. J., and HAMMOND, MARBURY, SYBERT and BARNES, JJ.

Per Curiam.

For the reasons stated in the opinion of Judge Rasin below, the application for leave to appeal is hereby denied.

*Application denied.*